IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIRECTV, INC., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>JAMES T. MATHIS, )<br>)<br>   Defendants. ) | Civil No. 3:04-cv-63-DGW |

### ORDER OF DISMISSAL

This matter is before the Court on the Motion to Dismiss filed by the Plaintiff, DirecTV, Inc., on November 8, 2005 (Doc. 36). The motion is **GRANTED**.

**IT IS ORDERED** that this action is hereby dismissed without prejudice, without costs and with the right to reopen the action. The dismissal will be with prejudice 60 days after the date of this Order.

**DATED: November 10, 2005**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**UNITED STATES MAGISTRATE JUDGE**